Eric D. Houser (SBN 130079)
J. Owen Campbell (SBN 229976)
HOUSER & ALLISON
A Professional Corporation
9970 Research Drive
Irvine, California 92618
Telephone: (949) 679-1111
Facsimile: (949) 679-1112
ocampbell@houser-law.com

Attorneys for Defendant,
BARCLAYS CAPITAL REAL ESTATE, INC.
dba HOMEQ SERVICING,
erroneously sued herein as HOMEQ SERVICING INC.

ORIGINAL FILED
AUG - 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ALLEN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>HOMEQ SERVICING INC.,<br><br>　　　　Defendant. | Case No.: C08-03798<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>[L.R. 3-16]<br><br>**BY FAX** |

ADR
JL

　　　Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

　　　1.　　Barclays Capital Real Estate Inc. – Defendant

---
CERTIFICATION OF INTERESTED PARTIES
1
I:\CIVIL\HOMEQ\Allen (43730)\pldgs\notice removal (interested parties).2.doc

2. Barclays Capital Real Estate Holdings Inc. – Affiliate

3. Barclays PLC – Parent Company

DATED: August 6, 2008

HOUSER & ALLISON
A Professional Corporation

By: _____
Eric D. Houser
J. Owen Campbell
Attorneys for Defendant
BARCLAYS CAPITAL REAL ESTATE, INC.
dba HOMEQ SERVICING, erroneously sued herein as HOMEQ SERVICING INC.

# PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action. My business address is 9970 Research Drive, Irvine, California 92618.

On August 7, 2008, I served the following document described as:

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

On the following interested parties in this action:

Shawn Ridgell
RIDGELL & LAWLOR LLP
2128 Broadway
Oakland, CA 94612
(510) 986-1300
*Attorneys for Plaintiff*

[X]  VIA MAIL -- By placing a true copy thereof enclosed in a sealed envelope(s) addressed as above, and placing each for collection and mailing on the date following ordinary business practices. I am readily familiar with my firm's business practice and collection and processing of mail with the United States Postal Service and correspondence placed for collection and mailing would be deposited with the United States Postal Service at Irvine, California, with postage thereon fully prepaid that same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on August 7, 2008, at Irvine, California.

_____
Sherie L. Cleeré