Eric D. Houser (SBN 130079)
J. Owen Campbell (SBN 229976)
HOUSER & ALLISON
A Professional Corporation
9970 Research Drive
Irvine, California 92618
Telephone: (949) 679-1111
Facsimile: (949) 679-1112
ocampbell@houser-law.com

Attorneys for Defendant,
BARCLAYS CAPITAL REAL ESTATE, INC.
dba HOMEQ SERVICING,
erroneously sued herein as HOMEQ SERVICING INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ALLEN,<br>             Plaintiff,<br>v.<br>HOMEQ SERVICING INC.,<br>             Defendant. | Case No.: C08-03798<br>**CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT** |

Attached is a true and correct copy of Defendant BARCLAYS CAPITAL REAL ESTATE, INC. dba HOMEQ SERVICING's, erroneously sued herein as HOMEQ SERVICING INC., Notice to Adverse Party of Removal to Federal Court, which was filed with the Alameda County Superior Court and served on the parties indicated on the Proof of Service therewith.

---

**NOTICE OF REMOVAL**

1

I:\CIVIL\HOMEQ\Allen (43730)\pldgs\notice removal (cert service).doc

| | |
|---|---|
| 1  DATED: August 6, 2008 | HOUSER & ALLISON<br>A Professional Corporation<br><br>By: _____<br>    Eric D. Houser<br>    J. Owen Campbell<br>Attorneys for Defendant<br>BARCLAYS CAPITAL REAL ESTATE, INC.<br>dba HOMEQ SERVICING,<br>erroneously sued herein as HOMEQ SERVICING INC. |

---

NOTICE OF REMOVAL

2

I:\CIVIL\HOMEQ\Allen (43730)\pldgs\notice removal (cert service).doc

Eric D. Houser (SBN 130079)
J. Owen Campbell (SBN 229976)
HOUSER & ALLISON
A Professional Corporation
9970 Research Drive
Irvine, California 92618
Telephone: (949) 679-1111
Facsimile: (949) 679-1112

Attorneys for Defendant,
BARCLAYS CAPITAL REAL ESTATE, INC.
dba HOMEQ SERVICING,
erroneously sued herein as HOMEQ SERVICING INC.

ENDORSED
FILED
ALAMEDA COUNTY

AUG 8 - 2008

CLERK OF THE SUPERIOR COURT
By: MARGARET J. DOWNY
Deputy

## SUPERIOR COURT OF CALIFORNIA

## COUNTY OF ALAMEDA

| | |
|---|---|
| JOHN ALLEN, <br><br> Plaintiff, <br><br> v. <br><br> HOMEQ SERVICING INC., <br><br> Defendant. | Case No.: RG08373829 <br><br> **NOTICE TO ADVERSE PARTY OF REMOVAL OF ACTION TO FEDERAL COURT** <br><br> BY FAX |

TO THE COURT, PLAINTIFF, AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on August 7, 2008, Defendant BARCLAYS CAPITAL REAL ESTATE, INC. dba HOMEQ SERVICING, erroneously sued herein as HOMEQ SERVICING INC. ("Homeq"), filed a Notice of Removal with the United States District Court for the Northern District of

NOTICE OF REMOVAL
1
I:\CIVIL\HOMEQ\Allen (43730)\pldgs\notice removal (state).2.doc

California. A true and correct copy of the Notice of Removal (without exhibits) is attached hereto as Exhibit "A" and incorporated herein by reference.

Pursuant to 28 U.S.C. § 1446(d), this Court shall proceed no further unless and until this cause is remanded.

DATED: August 6, 2008

HOUSER & ALLISON
A Professional Corporation

By: _____
Eric D. Houser
J. Owen Campbell
Attorneys for Defendant
BARCLAYS CAPITAL REAL ESTATE, INC.
dba HOMEQ SERVICING, erroneously sued herein as HOMEQ SERVICING INC.

**PROOF OF SERVICE**

STATE OF CALIFORNIA  )
                     ) SS
COUNTY OF ORANGE     )

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 9970 Research Drive, Irvine, CA 92618.

On August __7__, 2008 I served the following document(s) described as follows:

**NOTICE TO ADVERSE PARTY OF REMOVAL OF ACTION TO FEDERAL COURT**

On the following interested parties in this action:

Shawn Ridgell
RIDGELL & LAWLOR LLP
2128 Broadway
Oakland, CA 94612
(510) 986-1300
*Attorneys for Plaintiff*

[X]   VIA FIRST CLASS MAIL—CCP §§ 1013(a); 2015.5: By placing a true copy thereof enclosed in a sealed envelope(s) addressed as above, and placing each for collection and mailing on the date following ordinary business practices. I am readily familiar with my firm's business practice and collection and processing of mail with the United States Postal Service and correspondence placed for collection and mailing would be deposited with the United States Postal Service at Irvine, California, with postage thereon fully prepaid that same day in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of California that the foregoing is true and correct.

Executed on August __7__, 2008 at Irvine, California.

_____
Sherie L. Cleeré

---

**NOTICE OF REMOVAL**
3

I:\CIVIL\HOMEQ\Allen (43730)\pldgs\notice removal (state).2.doc

# PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action. My business address is 9970 Research Drive, Irvine, California 92618.

On August __, 2008, I served the following document described as:

**CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT**

On the following interested parties in this action:

Shawn Ridgell
RIDGELL & LAWLOR LLP
2128 Broadway
Oakland, CA 94612
(510) 986-1300
*Attorneys for Plaintiff*

[X] <u>VIA MAIL</u> -- By placing a true copy thereof enclosed in a sealed envelope(s) addressed as above, and placing each for collection and mailing on the date following ordinary business practices. I am readily familiar with my firm's business practice and collection and processing of mail with the United States Postal Service and correspondence placed for collection and mailing would be deposited with the United States Postal Service at Irvine, California, with postage thereon fully prepaid that same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on August __, 2008, at Irvine, California.

Sherie L. Cleeré

---

NOTICE OF REMOVAL
3

I:\CIVIL\HOMEQ\Allen (43730)\pldgs\notice removal (cert service).doc