1  Eric D. Houser (SBN 130079)
2  J. Owen Campbell (SBN 229976)
   HOUSER & ALLISON
   A Professional Corporation
3  9970 Research Drive
   Irvine, California 92618
4  Telephone: (949) 679-1111
   Facsimile: (949) 679-1112
5  ocampbell@houser-law.com

6  Attorneys for Defendant,
   BARCLAYS CAPITAL REAL ESTATE, INC.
7  dba HOMEQ SERVICING,
   erroneously sued herein as HOMEQ SERVICING INC.

8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11

12 JOHN ALLEN,                      )  Case No.: 3:08-cv-03798-JL
                      Plaintiff,    )
13                                  )  [PROPOSED] ORDER GRANTING
   v.                               )  MOTION TO DISMISS SECOND
14                                  )  AMENDED COMPLAINT
                                    )
15 HOMEQ SERVICING INC.,            )  [F.R.C.P. 12(b)(6)]
                                    )
16                    Defendant.    )  Hearing Date: September 24, 2008
                                    )  Hearing Time: 9:30 a.m.
17                                  )  Place: Courtroom F, 15th Floor
                                    )  450 Golden Gate Avenue
18                                  )  San Francisco, CA 94102
                                    )
19                                  )
                                    )
20                                  )

21

22        Defendant's Motion to Dismiss portions of Plaintiff's Second Amended

23 Complaint came before this Court for hearing September 24, 2008.  Upon

24 consideration of all written submissions and oral argument, the Court GRANTS

25

26 Defendant's Motion to Dismiss with prejudice.

27        The Court grants the motion on the following bases:

28

---

ORDER RE: MOTION TO DISMISS

1

I:\CIVIL\HOMEQ\Allen (43730)\pldgs\motion dismiss.2 - order.doc

1.    Plaintiff fails to state a claim of relief for negligent interference with prospective economic advantage.  The complaint does not allege any actual business or economic relationship, nor does it allege any economic relationship with the owner of the property.  Further, Plaintiff does not and cannot allege Homeq knew of his purported business relationship.  These are necessary elements of a claim for negligent interference with prospective economic advantage.  *North American Chemical Co. v. Superior Court*, 59 Cal. App. 4th 764, 786 (1997); see also *Youst v. Longo*, 43 Cal. 3d 64, 71 n.6 (1987).

Plaintiff has already been given leave to amend to cure these deficiencies, but was unable to do so.  Dismissal with prejudice is therefore warranted.

For the foregoing reasons, Defendant's motion to dismiss is GRANTED, and Plaintiff's first claim for relief is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.


Date: _____          _____

                              James Larson
                              United States Magistrate Judge

---

**ORDER RE: MOTION TO DISMISS**
2

I:\CIVIL\HOMEQ\Allen (43730)\pldgs\motion dismiss.2 - order.doc

# PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action. My business address is 9970 Research Drive, Irvine, California 92618.

On August 15, 2008, I served the following document described as:

**[PROPOSED] ORDER GRANTING MOTION TO DISMISS SECOND AMENDED COMPLAINT**

On the following interested parties in this action:

Shawn Ridgell
RIDGELL & LAWLOR LLP
2128 Broadway
Oakland, CA 94612
(510) 986-1300
*Attorneys for Plaintiff*

**[X]** <u>VIA MAIL</u> -- By placing a true copy thereof enclosed in a sealed envelope(s) addressed as above, and placing each for collection and mailing on the date following ordinary business practices. I am readily familiar with my firm's business practice and collection and processing of mail with the United States Postal Service and correspondence placed for collection and mailing would be deposited with the United States Postal Service at Irvine, California, with postage thereon fully prepaid that same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on August 15, 2008, at Irvine, California.


/s/ Sherie Cleeré
Sherie L. Cleeré

---

**ORDER RE: MOTION TO DISMISS**
3