Eric D. Houser (SBN 130079)
J. Owen Campbell (SBN 229976)
HOUSER & ALLISON
A Professional Corporation
9970 Research Drive
Irvine, California 92618
Telephone: (949) 679-1111
Facsimile: (949) 679-1112
ocampbell@houser-law.com

Attorneys for Defendant,
BARCLAYS CAPITAL REAL ESTATE, INC.
dba HOMEQ SERVICING,
erroneously sued herein as HOMEQ SERVICING INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JOHN ALLEN,<br>Plaintiff,<br><br>v.<br><br>HOMEQ SERVICING INC.,<br>Defendants. | **Case No.: 3:08-cv-03798 MMC**<br><br>**NOTICE OF RESCHEDULED HEARING ON PLAINTIFF'S MOTION TO DISMISS PORTIONS OF SECOND AMENDED COMPLAINT**<br><br>**Hearing Date: October 10, 2008**<br>**Hearing Time: 9:00 a.m.**<br>**Place: Courtroom 7, 19th Floor**<br>**450 Golden Gate Avenue**<br>**San Francisco, CA 94102** |

**TO PLAINTIFFS AND THEIR COUNSEL OF RECORD HEREIN:**

PLEASE TAKE NOTICE that pursuant to the "Related Case Order" issued in this case dated August 21, 2008, the original hearing date for Defendant's Motion to Dismiss was vacated and ordered to be rescheduled before the Honorable Maxine M. Chesney. Therefore, PLEASE TAKE NOTICE that on

October 10, 2008 at 9:00 a.m. or as soon thereafter as the matter may be heard in Courtroom 7, 19th Floor of the above-entitled court located at 450 Golden Gate Avenue, San Francisco, California 94102, Defendant BARCLAYS CAPITAL REAL ESTATE, INC. dba HOMEQ SERVICING, erroneously sued herein as HOMEQ SERVICING INC. ("Homeq"), will and hereby does move the Court to dismiss portions of Plaintiff's Second Amended Complaint with prejudice.

The motion is brought pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim for relief against Defendant. The motion will be based upon this notice of motion, the previously filed memorandum of points and authorities, all pleadings and documents filed herein, and any argument that may be presented or any matters of which judicial notice is requested or proper.

DATED: August 26, 2008

HOUSER & ALLISON
A Professional Corporation

By: __/s/ J. Owen Campbell
Eric D. Houser
J. Owen Campbell
Attorneys for Defendant
BARCLAYS CAPITAL REAL ESTATE, INC. dba HOMEQ SERVICING, erroneously sued herein as HOMEQ SERVICING INC.

## PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action. My business address is 9970 Research Drive, Irvine, California 92618.

On August 26, 2008, I served the following document described as:

**NOTICE OF RESCHEDULED HEARING ON PLAINTIFF'S MOTION TO DISMISS PORTIONS OF SECOND AMENDED COMPLAINT**

On the following interested parties in this action:

Shawn Ridgell
RIDGELL & LAWLOR LLP
2128 Broadway
Oakland, CA 94612
(510) 986-1300
*Attorneys for Plaintiff*

[X] VIA MAIL -- By placing a true copy thereof enclosed in a sealed envelope(s) addressed as above, and placing each for collection and mailing on the date following ordinary business practices. I am readily familiar with my firm's business practice and collection and processing of mail with the United States Postal Service and correspondence placed for collection and mailing would be deposited with the United States Postal Service at Irvine, California, with postage thereon fully prepaid that same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on August 26, 2008, at Irvine, California.

Sherie L. Cleeré