Shawn Ridgell (State Bar No. 201179)
RIDGELL & LAWLOR LLP
2128 Broadway
Oakland, Ca 94612
(510) 986-1300

Attorneys for Plaintiff JOHN ALLEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ALLEN<br><br>    Plaintiff,<br><br>    v.<br><br>HOMEQ SERVICING INC.,<br>DOES 1 TO 50,<br><br>    Defendant. | ACTION NO:  C-08-03798 MMC<br><br>DECLARATION OF SHAWN RIDGELL IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PORTIONS OF PLAINTIFF'S SECOND AMENDED COMPLAINT<br><br>Date:     October 10, 2008<br>Time:    9:00 a.m.<br>Location: Courtroom 7, 19th Floor<br>              450 Golden Gate Ave.<br>              San Francisco CA 94102 |

I Shawn Ridgell, declare as follows:

1.   I am an attorney at law licensed to practice law in the State of California. I am the attorney of record for plaintiff John Allen in this matter.

2.   On July 18, 2007, I filed John Allen's second amended complaint for damages against defendant Homeq Servicing. In the complaint, I omitted the allegations regarding defendant's knowledge of the economic relationship between Mr. Allen, the owner of the home at 180 Johnston Road in Sacramento, and Step One Real Estate. This omission was the result of my oversight.

3. Attached as "Exhibit A" is a copy of the proposed amended complaint that includes the allegations of defendant's knowledge of the economic relationship between Mr. Allen, and the parties listed above.

    I declare under penalty of perjury that the above is true and correct. Executed this 27th day of August, 2008.

                                                                                                                     _____
                                                                                                                      Shawn Ridgell