1  Shawn Ridgell (State Bar No. 201179)
   RIDGELL & LAWLOR LLP
2  2128 Broadway
   Oakland, Ca 94612
3  (510) 986-1300

4  Attorneys for Plaintiff JOHN ALLEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ALLEN ) | **ACTION NO:   C-08-03798 MMC** |
| ) | |
| ) | **PROOF OF SERVICE** |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| HOMEQ SERVICING INC., ) | |
| DOES 1 TO 50, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| ) | |

PROOF OF SERVICE BY MAIL

I declare that:

I am employed in the County of Alameda, State of California. I am over 18 years of age and not a party to the within action. My business address is 2128 Broadway, Oakland, California 94612.

On the date signed hereunder, I served the within **Notice of motion and motion to remand action to state court, memorandum of points and authorities in support of motion to remand action to state court, proposed order** by placing a true copy thereof, enclosed in a sealed envelope, with first class postage fully prepaid thereon, in the United States Mail at Oakland, California, addressed as follows:

> J. Owen Campbell, Esq.
> Houser & Allison
> 9970 Research Drive
> Irvine, CA 92618

I declare under penalty of perjury under the laws of California that the foregoing is true and correct. Executed on August 28, 2008 at Oakland, California.

Shawn Ridgell