1  Shawn Ridgell (State Bar No. 201179)
   RIDGELL & LAWLOR LLP
2  2128 Broadway
   Oakland, Ca 94612
3  (510) 986-1300

4  Attorneys for Plaintiff JOHN ALLEN

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ALLEN ) | **ACTION NO:   C-08-03798 MMC** |
| ) | |
| ) | **PROOF OF SERVICE** |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| HOMEQ SERVICING INC., ) | |
| DOES 1 TO 50, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| ) | |

PROOF OF SERVICE BY MAIL

I declare that:

I am employed in the County of Alameda, State of California. I am over 18 years of age and not a party to the within action. My business address is 2128 Broadway, Oakland, California 94612.

On the date signed hereunder, I served the within **Memorandum of points and authorities in opposition to defendant's motion to dismiss portions of plaintiff's second amended complaint, declaration of Shawn Ridgell in support of plaintiff's opposition to defendant's motion to dismiss portions of plaintiff's second amended complaint,** by placing a true copy thereof, enclosed in a sealed envelope, with first class postage fully prepaid thereon, in the United States Mail at Oakland, California, addressed as follows:

> J. Owen Campbell, Esq.
> Houser & Allison
> 9970 Research Drive
> Irvine, CA 92618

I declare under penalty of perjury under the laws of California that the foregoing is true and correct. Executed on August 28, 2008 at Oakland, California.

_____
Shawn Ridgell