| | |
|---|---|
| 1 | Shawn Ridgell (State Bar No. 201179) |
| | RIDGELL & LAWLOR LLP |
| 2 | 2128 Broadway |
| | Oakland, Ca 94612 |
| 3 | (510) 986-1300 |
| 4 | Attorneys for Plaintiff JOHN ALLEN |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN ALLEN | ) | ACTION NO: C-08-03798 MMC |
| | ) | |
| Plaintiff, | ) | NOTICE OF MOTION AND MOTION TO REMAND ACTION TO STATE COURT (28 U.S.C. §1447 (c)) |
| v. | ) | |
| | ) | Date:     October 10, 2008 |
| HOMEQ SERVICING INC., | ) | Time:     9:00 a.m. |
| DOES 1 TO 50, | ) | Location: Courtroom 7, 19th Floor |
| | ) |               450 Golden Gate Ave. |
| Defendant. | ) |               San Francisco, CA 94102 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on , 2008 at 9:00 a.m., or as soon thereafter as the matter can be heard, in Department 7 of this Court, located at 450 Golden Gate Avenue, San Francisco, CA 94102, Plaintiff John Allen ("Allen") will, and hereby does, move this Court for an Order remanding the above-entitled action to state court. This motion is made on the ground that the Court does not have jurisdiction over this matter because defendant Homeq Servicing Inc ("Defendant") has failed to prove that the amount in controversy in this action exceeds $75,000.

/ / / / / / /

/ / / / / / /

1  This motion will be based on this notice, the memorandum of points and
2  authorities, the declaration of Shawn Ridgell, and on all the evidence, both oral and
3  documentary, which shall be presented at the hearing of the motion.
4  Dated: August 27, 2008                    RIDGELL & LAWLOR LLP

7  By:_____
   Shawn Ridgell
   Attorneys for Plaintiff
8  JOHN ALLEN