1  Shawn Ridgell (State Bar No. 201179)
   RIDGELL & LAWLOR LLP
2  2128 Broadway
   Oakland, Ca 94612
3  (510) 986-1300

4  Attorneys for Plaintiff JOHN ALLEN

8               UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

11 | JOHN ALLEN                ) | ACTION NO:   C-08-03798 MMC
   |                           ) |
12 |                           ) | **STIPULATION TO CONTINUE THE**
   |       Plaintiff,          ) | **DEADLINE TO COMPLETE**
13 |                           ) | **MEDIATION; ORDER**
   |          v.               ) |
14 |                           ) |
   | HOMEQ SERVICING INC.,     ) |
15 | DOES 1 TO 50,             ) |
   |                           ) |
16 |       Defendant.          ) |
   |                           ) |
17 |                           ) |
   |                           ) |
18 | _____ ) |

19     The undersigned stipulate that the current deadline to complete the court-

20 sponsored mediation of February 13, 2009 be continued for 45 days after the initial

21 deadline. The parties agree that the new deadline to complete the court-sponsored

22 mediation shall be March 27, 2009.

23 Dated: January 7, 2009                        RIDGELL & LAWLOR LLP

                                                 By:_____/s/_____
26                                                   Shawn Ridgell
                                                     Attorneys for Plaintiff
27                                                   JOHN ALLEN

| | | |
|---|---|---|
| 1 | Dated: January 7, 2009 | HOUSER & ALLISON, APC |
| 2 | | |
| 3 | | |
| 4 | | By:_____/s/_____<br>J. Owen Campbell<br>Attorneys for Defendant |
| 5 | | BARCLAYS CAPITAL<br>REAL ESTATE, INC. |
| 6 | | |

7    IT IS ORDERED, that the current deadline to complete the court-
8 sponsored mediation of February 13, 2009 be continued for 45 days after the initial
9 deadline. The new deadline to complete the court-sponsored mediation shall be March
10 27, 2009.

11
12 Dated: January 12, 2009                    _____
13                                             Hon. Maxine M. Chesney

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

3