IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ALLEN, | No. C-08-3798 MMC |
| Plaintiff | **ORDER STRIKING DEFENDANT HOMEQ SERVICING, INC.'S ANSWER TO THIRD AMENDED COMPLAINT** |
| v. | |
| HOMEQ SERVICING, INC., | |
| Defendant / | |

By order filed December 30, 2008, the Court ordered defendant Homeq Servicing, Inc. to comply with General Order 45 and the Court's Standing Orders by immediately submitting a chambers copy of its answer to plaintiff's Third Amended Complaint. The Court also advised defendant that the Court may impose sanctions, including the striking of electronically-filed documents, if defendant failed to comply with its obligation to provide a chambers copy of each electronically-filed document. To date, however, defendant has failed to comply with the Court's December 30, 2008 order.

Accordingly, defendant's answer to the Third Amended Complaint is hereby STRICKEN, without prejudice to defendant's refiling said document and timely submitting a chambers copy thereof. See General Order 45 § VI.G; see also Standing Orders for Civil Cases Assigned to the Honorable Maxine M. Chesney ¶ 2.

**IT IS SO ORDERED.**

Dated: January 22, 2009

MAXINE M. CHESNEY
United States District Judge