Eric D. Houser (SBN 130079)
J. Owen Campbell (SBN 229976)
HOUSER & ALLISON
A Professional Corporation
9970 Research Drive
Irvine, California 92618
Telephone: (949) 679-1111
Facsimile: (949) 679-1112
ocampbell@houser-law.com

Attorneys for Defendant,
BARCLAYS CAPITAL REAL ESTATE, INC.
dba HOMEQ SERVICING,
erroneously sued herein as HOMEQ SERVICING INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ALLEN,<br><br>   Plaintiff,<br><br>v.<br><br>HOMEQ SERVICING INC.,<br><br>   Defendant. | Case No.: C-08-03798-MMC<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S REQUEST TO APPEAR AND PARTICIPATE AT MEDIATION BY TELEPHONE<br><br>[ADR Local Rules 6-10(d) & (f)]<br><br>Mediation Date: March 27, 2009 |

Defendant Barclays Capital Real Estate, Inc. dba Homeq Servicing's ("Homeq") request to appear at mediation by telephone was submitted pursuant to ADR Local Rule 6-10(d). Plaintiff did not oppose the request.

Upon consideration of the request to permit Homeq's representative to appear by telephone at the mediation of this matter, the Court finds that the request is reasonable. Therefore, the request is **GRANTED**.

---

ORDER
1
C:\Documents and Settings\main\Local Settings\Temporary Internet Files\OLK12F\PROPORD.doc

Homeq's representative may appear and participate by telephone at the mediation of this matter.  Pursuant to ADR Local Rule 6-10(f), Homeq's representative must be available to participate by telephone for the duration of the session or until excused by the neutral.

**IT IS SO ORDERED.**

DATE: 3-12-, 2009

Honorable Wayne D. Brazil
ADR Magistrate Judge

---

ORDER

2

C:\Documents and Settings\main\Local Settings\Temporary Internet Files\OLK12F\PROPORD.doc